IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00438-KLM

CANDICE KAISER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Extension of Time to Answer or Otherwise Respond to Complaint** [#7] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#7] is **GRANTED**.  The deadline for Defendant to answer or otherwise respond to the complaint is extended to **April 8, 2021**.

    Dated:  March 10, 2021